## STATE ex ASHCRAFT v ASHCRAFT et

*Ohio Appeals, 4th Dist, Athens Co*
*Decided March 25, 1930*

M. D. Hughes, Athens, for State ex.
Emmett Keenan, Athens, for Ashcraft et.

**BY THE COURT**

It is argued in this court that inasmuch as the Probate Court gave the custody of the child to its father there was no power in that court to provide for the infant visiting its maternal grandparents. The question argued, however, is not before us. That question could only be raised by the father. The father is not complaining of, and so far as the court is advised is satisfied with, the judgment. In fact, he was not a party to that proceeding and would not seem to be bound by that judgment. That case only involved the respective rights of the two sets of grandparents and as between them it can not, in the absence of a bill of exceptions, be said to be erroneous.

The judgment of the Common Pleas is reversed and the judgment of the Probate Court is affirmed.

Middleton, PJ, Mauck and Blosser, JJ, concur.

## EDWARD F CORBETT v EMMA CORBETT

*Ohio Appeals, 9th Dist, Summit Co*
*No 1702. Decided Feb 27, 1930*

Carl M. Myers, Akron, for Edward F. Corbett.
Nelan & Walsh, Akron, for Emma Corbett.

Funk, PJ and Pardee, J concur.

Full opinion will be published later. Watch **Omnibus Index.**

## KIPLINGER v ARMSTRONG et

*Ohio Appeals, 9th Dist, Summit Co*
*No 1714. Decided Feb 19, 1930*

Slabuagh, Seiberling, Huber & Guinther, Akron, for Plaintiff, and defendants Olive T. Armstrong, Chester A. Irish, Harry A. Irish, Miles J. Irish and Eva May Conley.

Myers & Dinsmore, Akron for defendants Gerald Kiplinger and the heirs of Flossie Lehman.

Musser, Kimber & Huffman, Akron, for defendant Stella J. Kiplinger Taylor.